FILED
September 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003766622

ERIC SCHWAB, Bar No. 145600
THOMAS L. AMBERG, JR., Bar No. 269970
LAW OFFICES OF NELSON & SCHWAB
1420 RIVER PARK DRIVE, STE. 140
SACRAMENTO, CA 95815
(916)564-9588

ATTORNEY(S) FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

WELTON, BRADLEE

_____Debtor(s)_____/

Case No: 11-32863-C-7
DC No: EJS-1

MOTION TO COMPEL ABANDONMENT OF ASSETS OF THE ESTATE

Date: October 11, 2011
Time: 9:30 a.m.
Judge: KLEIN
Dept: C, Rm 35, 6th Flr.

Debtor moves the Court as follows:

1. Debtor scheduled as assets in this case certain real and personal property. Schedules A and B are provided as Exhibit A.

2. Among the assets scheduled by Debtor, the only asset which is being pursued by the Trustee is the unexempt portion of certain accounts receivable that were due at the time of filing. The total amount of accounts receivable that the Debtor can exempt is $4,564.00. All other assets were either claimed exempt in Schedule C, or were over-encumbered by secured debt listed on Schedule D. Schedules C and D are provided as Exhibit B.

3. No objections to Debtor's claims of exemption on Schedule C were filed. Debtor believes that all scheduled assets except the unexempt portion of the accounts receivable are of no consequence or burden to the estate.

4. Debtor requests the Court to compel the Trustee to abandon all scheduled assets, except unexempt portion of the accounts receivable from the estate.

**Wherefore**, Debtor Prays:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate.
2. For other relief the Court deems just and proper.

Dated: 9/14/11

Law Offices of Nelson & Schwab

By: _____
Eric J. Schwab, Attorney at Law